| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NSA SAM, | CASE NO. C17-5024JLR |
|---|---|
| Plaintiff, | ORDER DENYING WITHDRAWAL OF COUNSEL |
| v. | |
| CITY OF TACOMA, et al., | |
| Defendants. | |

Before the court is Darryl Parker's motion to withdraw as counsel for Plaintiff Nsa Sam. (Mot. (Dkt. # 17).) Because the motion does not comply with the requirements for attorney withdrawal set forth in Local Civil Rule 83.2(b), the court DENIES the motion to withdraw without prejudice.

If withdrawal would leave a party unrepresented, the motion for withdrawal "must include the party's address and telephone number." Local Rules W.D. Wash. LCR 83.2(b)(1). The instant motion fails to comply with this requirement, as Mr. Parker's withdrawal would leave Ms. Sam unrepresented, but the motion does not contain Ms.

ORDER - 1

Sam's telephone number. (*See generally* Mot.) The court therefore DENIES the motion to withdraw (Dkt. # 17) without prejudice to refiling the motion in the manner prescribed in Local Civil Rule 83.2(b).

Dated this 5th day of February, 2018.

JAMES L. ROBART
United States District Judge