The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| NSA SAM, | ) | Case No. 3:17-cv-05024-RBL |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | PLAINTIFF'S COUNSEL OF |
| vs. | ) | RECORD MOTION TO WITHDRAW |
| | ) | AS COUNSEL |
| CITY OF TACOMA. et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER having come before the Court and having reviewed Plaintiff's Counsel of Record Motion to Withdraw, and the files and records herein, and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED THAT Plaintiff's Counsel of Record Motion to Withdraw is **GRANTED**.

The last known address for Nsa Sam is listed below, and all future pleadings in this matter should be directed to her at said address:

Nsa Sam
23626 102nd Pl. SE
Kent, WA  98031
Phone: (425) 523-2018
Email: nsasamc6@gmail.com

[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL OF
RECORD MOTION TO WITHDRAW AS COUNSEL - 1
Case No. 3:17-cv-05024-RBL

Civil Rights Justice Center PLLC
2150 North 107th Street, Suite 520
Seattle, WA 98133
(206) 557-7719 / Fax: (206) 659-0183

1  DONE IN OPEN COURT THIS 12ᵗʰ day of ___Febrary___, 2018.

2

3

4  _____
   JAMES L. ROBART

5  United States District Court Judge

6  Presented by:
   CIVIL RIGHTS JUSTICE CENTER, PLLC

7

8  /s/ Darryl Parker
   _____
   Darryl Parker, WSBA #30770

9  2150 N 107ᵗʰ Street
   Suite 520

10 Seattle, WA  98133
   Ph: (206) 557-7719

11 Fax: (206) 659-0183

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL OF
RECORD MOTION TO WITHDRAW AS COUNSEL - 2
Case No. 3:17-cv-05024-RBL

Civil Rights Justice Center PLLC
2150 North 107ᵗʰ Street, Suite 520
Seattle, WA 98133
(206) 557-7719 / Fax: (206) 659-0183

1

## CERTIFICATE OF SERVICE

2

   I hereby certify that on February 9, 2018, I electronically filed the foregoing

3

[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL OF RECORD MOTION TO

4

WITHDRAW AS COUNSEL and this CERTIFICATE OF SERVICE in the above-referenced

5

case with the Clerk of the Court using the CM/ECF System which will send notification of

6

such filing to all counsel of record, and to:

7

Nsa Sam
23626 102nd Pl. SE

8

Kent, WA  98031

9

*Via U.S. Mail*

10

   I declare under penalty of perjury under the laws of the State of Washington that the

11

foregoing is true and correct.

12

13

DATED this 9th day of February, 2018.

14

                        */s/ Anna Michel*

15

                        Anna Michel, Legal Assistant

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL OF
RECORD MOTION TO WITHDRAW AS COUNSEL - 3
Case No. 3:17-cv-05024-RBL

**Civil Rights Justice Center** PLLC
2150 North 107th Street, Suite 520
Seattle, WA 98133
(206) 557-7719 / Fax: (206) 659-0183